IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FOUR CORNERS WELL CONTROL, LLC,
DANIEL UHL, and STEVEN GERENSCER,

      Plaintiffs/Counter Defendants,

v.    Case No. 1:18-cv-00697-NF-KHR

SAN JUAN COLLEGE, SAN JUAN
COLLEGE BOARD OF TRUSTEES,

      Defendants/Counter Plaintiffs,

and

FOUR CORNERS INNOVATIONS, INC.,

      Defendant.

## ORDER DISMISSING FOUR CORNERS INNOVATIONS, INC.

THIS MATTER having come before the Court on Plaintiffs' *Unopposed Motion to Dismiss Defendant Four Corners Innovations, Inc.* (Doc. 46), the Court being advised of the premise and noting that the Plaintiffs and this Defendant have resolved all matters in controversy between them, finds the motion is proper under Federal Rule of Civil Procedure 41(a)(2).

THEREFORE the Court GRANTS Plaintiff's motion to dismiss and dismisses Defendant Four Corners Innovations, Inc. from the present lawsuit with prejudice, each party to bear their own costs and fees. The Clerk of Court shall amend the caption accordingly.

IT IS SO ORDERED.

DATED this 26th day of September 2019.

                                                                          */s/ Nancy D. Freudenthal*
                                                                          NANCY D. FREUDENTHAL
                                                                          UNITED STATES DISTRICT JUDGE