IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FOUR CORNERS WELL CONTROL, LLC,
DANIEL UHL, and STEVEN GERENCSER,

      Plaintiffs/Counter Defendants,

v.                                             No. 1:18-cv-00697-NF-KHR

SAN JUAN COLLEGE, SAN JUAN
COLLEGE BOARD OF TRUSTEES,

      Defendants/Counter Plaintiffs.

## STIPULATED MOTION TO DISMISS ALL CLAIMS AND COUNTERCLAIMS WITH PREJUDICE

    The Parties through their undersigned counsel and pursuant to the provisions of the Federal Rules of Civil Procedure move the Court to dismiss the entire action, including all claims and counterclaims in the above-captioned matter, with prejudice.

    As grounds for the motion, the Parties state that all matters in the controversy between Plaintiffs/Counter Defendants and Defendants/Counter Plaintiffs have resolved with all parties to bear their own costs and fees.

    WHEREFORE, the Parties respectfully request that the Court grant this motion dismissing the entire action, including all claims and counterclaims in the above-captioned matter, with prejudice and provide such other relief as the Court deems proper.

    Respectfully Submitted:

    MILLER STRATVERT P.A.

    By   */s/ William T. Denning*
        WILLIAM T. DENNING
        SETH V. BINGHAM

        LUKE A. SALGANEK
        2700 Farmington Ave., Bldg. I, Suite 1
        Post Office Box 869
        Farmington, New Mexico 87499
        Telephone:  505/326-4521
        Wdenning@mstlaw.cm
        *Attorneys for Defendants/Counter Plaintiffs*

ROYBAL-MACK & CORDOVA, P.C.

By   *Approved via 10/16/19 E-mail*
        AMELIA P. NELSON
        1121 4th Street NW, Suite 1D
        Albuquerque, NM  87102
        Amelia@roybalmacklaw.com
        *Attorneys for Plaintiffs/Counter Defendants*