IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FOUR CORNERS WELL CONTROL, LLC,
DANIEL UHL, and STEVEN GERENCSER,

    Plaintiffs/Counter Defendants,

v.                                               No. 1:18-cv-00697-NF-KHR

SAN JUAN COLLEGE, SAN JUAN
COLLEGE BOARD OF TRUSTEES,

    Defendants/Counter Plaintiffs.

## ORDER DISMISSING ALL CLAIMS AND COUNTERCLAIMS WITH PREJUDICE

THIS MATTER having come before the Court on the Parties' Stipulated Motion to Dismiss all Claims and Counterclaims with Prejudice (Doc. 52), the Court being advised on the premise and noting that the Plaintiffs/Counter Defendants and the Defendants/Counter Plaintiffs have resolved all matters in controversy between them, finds the motion is well taken under Federal Rule of Civil Procedure 41(a)(2) and should be GRANTED.

WHEREFORE, the Court GRANTS the Stipulated Motion to Dismiss and dismisses the entire action, including all claims and counterclaims, with prejudice. Each party will bear their own costs and fees associated with this case.

IT IS SO ORDERED.

DATED this 19 day of December, 2019.

_____
NANCY D. FREUDENTHAL
UNITED STATES DISTRICT JUDGE